SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 713-9440

JAY EDELSON*
jedelson@edelson.com
RAFEY S. BALABANIAN*
rbalabanian@edelson.com
BENJAMIN H. RICHMAN*
brichman@edelson.com
CHRISTOPHER L. DORE*
cdore@edelson.com
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370

[Additional Counsel Included in Signature Block]

*derung *Pro hac vice* application to be filed

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY HOUSE, individually and on behalf of all others similarly situated, | Case No. 3:13-cv-00685-JLS-WMC |
| | *Related To:* |
| Plaintiffs, | Case No. 3:13-cv-00131-JLS-WMC |
| v. | **PLAINTIFF HOUSE'S NOTICE OF JOINDER IN THE MOLNAR AND THORNTON PLAINTIFFS' MOTION TO CONSOLIDATE** |
| NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, | |
| Defendant. | |
| JEFFREY MOLNAR and WESLEY THORNTON, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Rosemary House, by and through her undersigned counsel and pursuant to Local Rule 7.1(j), hereby joins in Plaintiffs Jeffrey Molnar's and Wesley Thornton's Motion to Consolidate Related Action (the "Motion"). (Dkt. 6; No. 3:13-cv-131, Dkt. 19.) For the reasons stated in the Motion, including the substantial overlap of the factual allegations regarding Defendant NCO Financial System, Inc.'s alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, *et seq.*, the legal theories asserted, and the putative classes in each of the cases, Plaintiff House agrees that consolidation of the actions for all purposes is warranted and would be the most efficient way forward in this litigation.

                                                Respectfully submitted,

                                                **ROSEMARY HOUSE**, individually and on behalf of all others similarly situated,

Dated: June 14, 2013                By:  /s/ Sean P. Reis
                                                            One of Plaintiff's Attorneys

                                                SEAN P. REIS (SBN 184044)
                                                sreis@edelson.com
                                                30021 Tomas Street, Suite 300
                                                Rancho Santa Margarita, California 92688
                                                Telephone: (949) 713-9440

                                                JAY EDELSON*
                                                jedelson@edelson.com
                                                RAFEY S. BALABANIAN*
                                                rbalabanian@edelson.com
                                                BENJAMIN H. RICHMAN*
                                                brichman@edelson.com
                                                CHRISTOPHER L. DORE*
                                                cdore@edelson.com
                                                EDELSON LLC
                                                350 North LaSalle, Suite 1300
                                                Chicago, Illinois 60654
                                                Telephone: (312) 589-6370

                                                D. FRANK DAVIS*
                                                fdavis@davisnorris.com
                                                JOHN E. NORRIS*
                                                jnorris@davisnorris.com
                                                DAVIS & NORRIS LLP
                                                2154 Highland Avenue South
                                                Birmingham, Alabama 35205
                                                Telephone: (205) 930-9900

## CERTIFICATE OF SERVICE

  I, Sean P. Reis, an attorney, hereby certify that on June 14, 2013, I served the above and foregoing ***Plaintiff House's Notice of Joinder in the Molnar and Thornton Plaintiffs' Motion to Consolidate***, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 14th day of June 2013.

               /s/ Sean P. Reis