

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ROSEMARY HOUSE, individually and on behalf of all others similarly situated,

**Plaintiff,**

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

**Defendant.**

Civil No. 13-cv-00685-JLS-WMC

## PRO HAC VICE APPLICATION

Plaintiff, Rosemary House
_____
Party Represented

I, __Benjamin H. Richman__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Edelson LLC
Street address: 350 North LaSalle Street, Suite 1300
City, State, ZIP: Chicago, Illinois 60654
Phone number: (312) 589-6370
Email: brichman@edelson.com

FILED
JUL 0 2 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

That on __Nov 5, 2009__ I was admitted to practice before __Illinois Supreme Court__
(Date)                                                                                  (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☒ have) ☐ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case Please see attached page

Case Number _____ Date of Application _____

Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Douglas J. Campion                                     (619) 299-2091
(Name)                                                       (Telephone)

Law Offices of Douglas J. Campion
(Firm)

409 Camino Del Rio South, Suite 303        San Diego, California        92108-3507
(Street)                                                           (City)                         (Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)

The pro hac vice application is hereby approved for filing.

W. Samuel Hamrick, Jr.
Clerk of Court

_V. Maguer_____
By Deputy Clerk

**RECEIVED**
JUN 2 6 2013
Received $206.00 U.S. District Court fee
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
Deputy Clerk
# 57017

**Pro Hac Vice**  (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to practice before, the bar of any United States court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, he/she is in good standing and eligible to practice in said court, (4) that he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number and written consent of such designee.

**Fee:**  $206.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

    W. Samuel Hamrick, Jr., Clerk
    United States District Court
    Southern District of California
    333 West Broadway, Suite 420
    San Diego, California 92101

## ATTACHMENT A
**Previous Applications of Benjamin H. Richman to Appear *Pro Hac Vice***

1. *North, et al. v. Guaranteed Rate*
   Case no. 3:11-cv-2179
   Application granted on 10/25/11

2. *Applewhite v. CashCall*
   Case no. 3:13-cv-0035
   Application granted on 3/22/13

3. *Valencia v. Sempris*
   Case no. 3:12-cv-0295
   Application denied for lack of local counsel in San Diego County on 2/15/13

4. *Waldenmaier v. DirectBuy*
   Case no. 3:13-cv-0063
   Application denied for lack of local counsel in San Diego County on 2/15/13

5. *Herrera v. First National Collection Bureau, Inc.*
   Case no. 3:13-cv-0030
   Application granted on 4/8/13