# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MOLNAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., <br><br> Defendant. | Case No. 13-cv-131-BAS(JLB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE** <br><br> [ECF No. 219] |

Pending before the Court is the parties' joint motion to dismiss this consolidated action without prejudice. The parties indicate that they have executed a binding term sheet with the expectation that the settlement will be effectuated through the Circuit Court of Cook County, Illinois. (Joint Mot. 2:7-15.) Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the joint motion, and **DISMISSES WITHOUT PREJUDICE** this action and its member case, *House v. NCO Financial Systems, Inc.*, No. 13-cv-685 (S.D. Cal.). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

DATED: February 29, 2016

Hon. Cynthia Bashant
United States District Judge